# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| | |
|---|---|
| PAULA NEWSOME ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 3:24-cv-00249 |
| BARCLAYS BANK DELAWARE and JOSE L. PEREZ d/b/a TEAM PEREZ ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Barclays Bank Delaware.

Date: 03/01/2024

/s/ Michael D. DeFrank
*Attorney's signature*

Michael D. DeFrank, NC State Bar No. 32235
*Printed name and bar number*

Wyrick Robbins Yates & Ponton LLP
4101 Lake Boone Trail, Suite 300
Raleigh, North Carolina 27607
*Address*

mdefrank@wyrick.com
*E-mail address*

(919) 781-4000
*Telephone number*

(919) 781-4865
*FAX number*