# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| | |
|---|---|
| PAULA NEWSOME <br> *Plaintiff* <br> v. <br> BARCLAYS BANK DELAWARE and JOSE L. PEREZ d/b/a TEAM PEREZ <br> *Defendant* | Case No.  3:24-cv-00249 |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Barclays Bank Delaware.

Date:   03/01/2024

/s/ Josey L. Newman
*Attorney's signature*

Josey L. Newman, NC State Bar No. 55284
*Printed name and bar number*

Wyrick Robbins Yates & Ponton LLP
4101 Lake Boone Trail, Suite 300
Raleigh, North Carolina 27607
*Address*

jnewman@wyrick.com
*E-mail address*

(919) 781-4000
*Telephone number*

(919) 781-4865
*FAX number*