IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-249-KDB-DCK

| | |
|---|---|
| PAULA NEWSOME, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| BARCLAYS BANK DELAWARE, and ) | |
| JOSE L. PEREZ, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant Barclays Bank Delaware's "Motion To Dismiss Or In The Alternative To Compel Arbitration" (Document No. 6) filed March 8, 2024. The pending motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b).

The undersigned notes that on March 8, 2024, the parties requested a stay of this action for 45 days to conduct mediation and/or engage in additional settlement discussions. (Document No. 5). The Honorable Kenneth D. Bell granted the parties' request on March 11, 2024, and stayed this action through **April 25, 2024**. The stay of this case has now expired.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Notice Of Settlement, or in the alternative Plaintiff shall file a response to the pending "Motion To Dismiss…" (Document No. 6), on or before **May 9, 2024**.

**SO ORDERED**.

Signed: May 1, 2024

David C. Keesler
United States Magistrate Judge